FILED by ___ D.C.
ELECTRONIC

**May 1, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-   **08-CV-60648-Lenard-Garber**

LYNN YUK CHUN WAI,

     Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

     Defendant.

_____/

## **COMPLAINT**

**COMES NOW**, Plaintiff, LYNN YUK CHUN WAI, by and through her attorney, Michael Petruccelli, and for her Petition against Defendant, FEDERAL EXPRESS CORPORATION, states as follows:

### **Preliminary Statement**

1.     This is an action for damages, and for injunctive, declaratory, and equitable relief, to secure protection and redress for the deprivation of her rights under The Family and Medical Leave Act as amended 29 U.S.C. §§ 2601 et seq.

### **Jurisdiction and Venue**

2.     This action is authorized and instituted pursuant to § 102 of the FMLA, 29 U.S.C. §2611 *et. seq.* The jurisdiction of this court is invoked pursuant to 29 U.S.C. § 2617 and 28 U.S.C. §§ 451, 1331, and 1343.

3.     Venue is proper in this District Court, in that the unlawful employment

FANN & PETRUCCELLI, P. A • 5100 N. Federal Hwy, Ste 300B, Ft. Lauderdale, FL 33308 • Phone 954.771.4118 • Fax 954.771.4119

1 of 6

practices alleged herein were committed within the jurisdiction of the United States District Court for the Southern District of Florida.

## Parties

4.    Plaintiff, LYNN YUK CHUN WAI, a female, was at all times relevant herein, a citizen of the United States and a resident of Broward County, Florida.

5.    Defendant, FEDERAL EXPRESS CORPORATION., is and was at all times relevant herein, doing business in Broward County, Florida, and capable of suing and being sued.

6.    Defendant is an employer within the meaning of 29 U.S.C. § 2611.

## Administrative Procedure

7.    All conditions precedent to maintaining this action have been fully performed and complied with by Plaintiff in accordance with applicable law.

## Facts

8.    Plaintiff began work for the Defendant in 1996.

9.    Plaintiff was trained as a "Senior One-Call Representative" and held that position until 2006.

10.    In December 2005 and January 2006, Plaintiff requested leave pursuant to the Family Medical Leave Act, 29 U.S.C. § 2611 et seq., due to her mother's illness.

11.    Following her mother's death in January 2006 Plaintiff was advised  by Defendant, Federal Express, to take a leave of absence due to the necessity of caring for

2

FANN & PETRUCCELLI, P. A • 5100 N. Federal Hwy, Ste 300B, Ft. Lauderdale, FL 33308 • Phone 954.771.4118 • Fax 954.771.4119

2 of 6

her stepfather, who was under a doctor's care at the time for conditions related to the recent loss of his wife.

12.    Subsequently, in March 2006 Plaintiff was diagnosed with thyroid and breast masses and was forced to undergo a series of tests and surgical procedures to address these medical conditions.

13.    Defendant had an attendance policy that mandated a minimum of 96.9% attendance.

14.    When Plaintiff submitted a request for intermittent FMLA leave to attend to her serious health conditions, her supervisor, Urvashi Perohit, advised her that she "did not qualify for FMLA protection."

15.    Although she continued to provide the necessary medical documentation, Plaintiff was never even permitted to apply for FMLA leave.

16.    During the five-month period that encompassed her mother's illness and death, her stepfather's illness and her own serious medical condition, Plaintiff's attendance was measured at 96.6%.

17.    Had the Defendant properly calculated her attendance without counting the time that qualified as FMLA absence, Plaintiff's attendance would have met or exceeded the 96.9% minimum set by Defendant employer.

18.    On July 19, 2006 Plaintiff was fired based on her attendance percentage.

19.    Plaintiff was an eligible employee under FMLA 29 U.S.C. § 2611 (2) (a)

3

FANN & PETRUCCELLI, P. A • 5100 N. Federal Hwy, Ste 300B, Ft. Lauderdale, FL 33308 • Phone 954.771.4118 • Fax 954.771.4119

3 of 6

and 29 C.F.R. § 825.110 and had requested FMLA leave prior to being fired.

20.     Under the circumstances alleged above, Plaintiff was entitled to leave from employment under 29 U.S.C. § 2612 and 29 C.F.R. § § 825.112 and 825.20.

21.     Under these circumstances, Defendant had the legal obligation to grant Plaintiff leave under 29 U.S.C. § 2612 and 29 C.F.R. § § 825.112 and 825.20.

22.     Defendant terminated the plaintiff after she attempted to exercise her FMLA rights, in direct violation of the FMLA, 29 U.S.C. § 2615(a)(1) and (2).

23.     As a direct and proximate result of Plaintiff exercising her rights under the Family and Medical Leave Act, Plaintiff intentionally was terminated from employment by Defendant, in violation of 29 U.S.C. § 2615(a)(1) and (2).

24.     Defendant's conduct was willful, intentional, malicious and in reckless indifference to the plaintiff's federally protected rights.

25.     As a direct and proximate result of Plaintiff exercising her rights under the Family and Medical Leave Act, Plaintiff sustained damages, including, but not limited to, lost salary, lost salary increases, retirement benefits and promotional opportunities; and other liquidated damages resulting from Defendants' termination of employment as a result of exercising her rights under the Family and Medical Leave Act, all in violation of 29 U.S.C. § 2615(a)(1) and (2).

26.     As a further proximate result of the unlawful employment practices described above, Plaintiff has been compelled to seek legal services to redress the

4

FANN & PETRUCCELLI, P. A • 5100 N Federal Hwy, Ste 300B, Ft. Lauderdale. FL 33308 • Phone 954.771.4118 • Fax 954.771.4119

4 of 6

discriminatory actions of Defendant, and therefore seeks reasonable attorneys fees pursuant to 29 U.S.C. § 2617(a)(3).

## DEMAND FOR JURY TRIAL

The Plaintiff demands trial by jury on all issues so triable as of right.

WHEREFORE, Plaintiff, LYNN YUK CHUN WAI,  prays that judgment be entered in her favor against the defendant for lost wages and other economic benefits of employment in an amount to be determined at trial, liquidated damages, interest, appropriate injunctive relief including reinstatement or front pay, declaratory judgment, attorneys fees and costs, and for such additional relief as this Court deems just and proper.

FANN & PETRUCCELLI, P.A.
*Attorneys for Lynn Yuk Chun Wai*
5100 North Federal Highway
Suite 300B
Fort Lauderdale, FL 33308
Telephone: (954) 771-4118
Facsimile:  (954) 771-4119

By: _____
MICHAEL A. PETRUCCELLI
Florida Bar No. 717312
STEVEN A. OSHER
Florida Bar No. 597521

5

FANN & PETRUCCELLI, P. A • 5100 N. Federal Hwy, Ste 300B, Ft. Lauderdale, FL 33308 • Phone 954.771.4118 • Fax 954.771.4119

5 of 6

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
Lyn Yuk Chun Wai

**DEFENDANTS**
Federal Express Corporation

**(b)** County of Residence of First Listed Plaintiff   Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Broward
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Fann & Petruccelli, P.A.        954-771-4118
5100 North Federal Highway, Suite 300 B
Fort Lauderdale, FL 33308

Attorneys (If Known)
Michael A. Petruccelli, Esq.
Steven A. Osher, Esq.

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE   ☐ MONROE   ☑ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE   HIGHLANDS

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☑ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

*0:08CV60648-Lenard-Garber*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S)

(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO
JUDGE                 DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. § et. seq. Wrongful termination for attempting to obtain family and medical leave.

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE
April 30, 2008

FOR OFFICE USE ONLY
AMOUNT _____   RECEIPT # _____   IFP _____
543040