UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08- CV-60648
JUDGE LENARD/GARBER

YUK CHUN WAI,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,
and FEDEX CUSTOMER INFORMATION
SERVICES, INC,

    Defendants.
_____/

## PLAINTIFF, YUK CHUN WAI'S AMENDED NOTICE OF CONFLICT

Plaintiff, YUK CHUN WAI, by and through undersigned counsel, hereby files this Notice of Conflict and would show unto this Honorable Court that the following cases are currently set for trial during the same trial period commencing September 15, 2009 as the above-referenced matter.

1. ***Uddin v. Dr. Patel***, 15th Judicial Court in and for Palm Beach County, Florida; Judge John Hoy; Case No. 2005 CA 7658 AG; Trial Period: 08/31/09-09/07/09.

2. ***Gonzalez v. Dr. Mitjans***, 11th Judicial Court in and for Miami-Dade County, Florida; Judge Israel Reyes; Case No. 04-20801 CA 15; Trial Period: 09/07/09 - 09/25/09.

3. ***Deveaugh v. Dr. Berlin***, 17th Judicial Court in and for Broward County, Florida; Judge John Luzzo; Case No. 04-001811 CA 18; Trial Period: 09/08/09 - 10/02/09.

4. ***Marin v. Dr. Dickinson***, 11th Judicial Court in and for Miami-Dade County, Florida; Judge Mindy Glazer; Case No. 05-5960 CA15; Trial Period: 09/08/09 - 09/22/09.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that I electronically filed the foregoing Notice of Conflict with the

Clerk of the Court using the CM/ECF system, this 7th day of August, 2009 which will send notification of such filing to Defendants' counsel: **Sarah Henry, Esq**.,Federal Express Corporation 3620 Hacks Cross Road, Building B, Third Floor, Memphis, TN 38125 and **Rene F. Ruiz, Esq**., FORD & HARRISON, LLP, 100 S.E. 2nd Street, Suite 2150, Miami, Florida 33131.

        FANN & PETRUCCELLI, P.A.
*Attorneys for Yuk Chun Wai*
5100 North Federal Highway, Suite 300B
Fort Lauderdale, FL 33308
Telephone: (954) 771-4118
Facsimile:  (954) 771-4119

By:    Steven A. Osher
      MICHAEL A. PETRUCCELLI
      Florida Bar No. 717312
      STEVEN A. OSHER
      Florida Bar No. 597521