UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08- CV-60648
JUDGE LENARD/GARBER

YUK CHUN WAI,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,
and FEDEX CUSTOMER INFORMATION
SERVICES, INC,

    Defendants.
_____/

## PLAINTIFF, YUK CHUN WAI'S MOTION IN LIMINE

    Plaintiff, YUK CHUN WAI, by and through undersigned counsel, pursuant to the Order Setting Pretrial Conference and Trial dated July 10, 2008, hereby files this Motion in Limine to preclude the Defendant from the introduction or admission of any evidence related to Plaintiff's sexual orientation, and in support therefor state:

    1.    This is an action filed under § 29 U.S.C. section 2601 *et seq.*, the Family Medical Leave Act (FMLA).

    2.    The facts material to the case surround the employment and subsequent termination of YUK CHUN WAI by Defendants, FEDERAL EXPRESS CORPORATION, and FEDEX CUSTOMER INFORMATION SERVICES, INC. ("FEDEX"). Additionally, the Plaintiff's medical condition and treatment will be significant issues in the case.

    3.    In the course of discovery, certain documents and testimony have come to light that reflect upon Ms. Wai's sexual orientation. None of this evidence has any bearing on the issues for the trier of fact.

4. Sexual orientation is a highly personal subject, and an inflammatory issue to certain individuals. Since the Plaintiff's orientation is not material to any issue to be tried, the danger of prejudice far outweighs any evidentiary value of this evidence. Under these conditions, the evidence must be excluded. Fed. R. Evid. 403.

Counsel for the Plaintiff has inquired as to the Defendants' consent to this motion but has not received a response as of the filing of this motion.

WHEREFORE, the Plaintiff, YUK CHUN WAI, respectfully requests that this Honorable Court enter an Order *in limine* precluding the Defendant from submitting any evidence, argument or testimony related to Ms. Wai's sexual orientation, and for any further relief this Court deems just and proper.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that I electronically filed the foregoing Plaintiff's Motion in Limine with the Clerk of the Court using the CM/ECF system, this 9th day of October, 2008 which will send notification of such filing to Defendants' counsel: **Sarah Henry, Esq.**, Federal Express Corporation 3620 Hacks Cross Road, Building B, Third Floor, Memphis, TN 38125 and **Rene F. Ruiz, Esq.**, FORD & HARRISON, LLP, 100 S.E. 2nd Street, Suite 2150, Miami, Florida 33131.

FANN & PETRUCCELLI, P.A.
*Attorneys for Yuk Chun Wai*
5100 North Federal Highway, Suite 300B
Fort Lauderdale, FL 33308
Telephone: (954) 771-4118
Facsimile:  (954) 771-4119

By:   Steven A. Osher
      MICHAEL A. PETRUCCELLI
      Florida Bar No. 717312
      STEVEN A. OSHER
      Florida Bar No. 597521