UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60648-CIV-LENARD/GARBER/TURNOFF

**LYNN YUK CHUN WAI**

      Plaintiff,

vs.

**FEDERAL EXPRESS CORPORATION and FEDEX CUSTOMER INFORMATION SERVICES,**

      Defendants.
_____/

## JUDGMENT

**THIS CAUSE** is before the Court on the verdict delivered by the jury on December 4, 2009, following trial in the above-captioned matter.

It is hereby **ORDERED AND ADJUDGED** that:

**1.** Plaintiff Lynn Yuk Chun Wai shall recover from Defendants Federal Express Corporation and Fedex Customer Information Services, jointly and severally, the sum of two-hundred and twenty-five thousand dollars and zero cents ($225,000.00), together with interest thereon at the legal rate from and after the date of this Order. **FOR ALL OF WHICH SUM LET EXECUTION ISSUE.**

**2.** Plaintiff Lynn Yuk Chun Wai's right to seek reasonable attorney's fees and other costs of the action, pursuant to 29 U.S.C. § 2617(a)(3), is reserved.

    3.    The Court retains jurisdiction over this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of December, 2009.

                                            **JOAN A. LENARD**
                                   **UNITED STATES DISTRICT JUDGE**