UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08- CV-60648
JUDGE LENARD/GARBER

YUK CHUN WAI,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,
and FEDEX CUSTOMER INFORMATION
SERVICES, INC,

    Defendants.

_____/

## PLAINTIFF, YUK CHUN WAI'S VERIFIED MOTION FOR ATTORNEY FEES AND COSTS

Plaintiff, YUK CHUN WAI, by and through undersigned counsel, and pursuant to 29 U.S.C. §§ 2617(a)(3); Rule 54, Federal Rules of Civil Procedure; and Rule 7.3(A) of the Local Rules of the Southern District of Florida, hereby files this Verified Motion for Attorney Fees and Costs, as follows:

1. This action was brought pursuant to 29 U.S.C. § 2601 *et seq*.

2. After hearing the evidence in the case, a jury found the following:

    a. The Plaintiff was entitled to leave under Family Medical Leave Act ("FMLA");

    b. the Plaintiff gave the Defendants proper notice of a potential FMLA-qualifying event(s);

    c. that the Plaintiff was terminated because she took FMLA leave; and

    d. that the Plaintiff lost $225,000.00 in compensation and benefits as a result of her termination. *See Verdict Form, attached as Exhibit "1"*.

3. 29 U.S.C. §§ 2617(a)(3) provides that where a plaintiff prevails in an FMLA action, "[t]he court in such an action shall, in addition to any judgment awarded to the plaintiff, allow a reasonable attorney's fee, reasonable expert witness fees, and other costs of the action to be paid by the defendant."

4. The amount sought in such fees and costs is calculated to be $162,218.85 ($9,980.85 in costs and $153,230.00 in attorney fees).

5. At the close of the trial, the jury awarded Ms. Wai all of the relief requested in the Amended Complaint. As such, the full amount of her fees and costs should be recoverable. *See* Hensley v. Eckerhart, 461 U.S. 424, 436 (1983) (*stating that* [in determining whether attorney fees should be reduced], "the most critical factor is the degree of success obtained").

WHEREFORE, the Plaintiff, YUK CHUN WAI, respectfully requests that this Honorable Court award the above-enumerated fees and costs, as stated herein.

## VERIFICATION OF MOTION

**I hereby certify that I have fully reviewed the time records and supporting data, and that this Motion is well grounded and justified. The fees incurred in this case are correct and were necessarily incurred and the services for which the fees have been charged were actually and necessarily performed.**

_____
Steven A. Osher
Florida Bar Number 597521

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that I electronically filed the foregoing Plaintiff, Yuk Chun Wai;s Verified Motion for Attorneys Fees and Costs with the Clerk of the Court using the CM/ECF system,

this 22nd day of December, 2009, which will send notification of such filing to Defendants' counsel: **Sarah Henry, Esq.**, Federal Express Corporation 3620 Hacks Cross Road, Building B, Third Floor, Memphis, TN 38125 and **Rene F. Ruiz, Esq.**, FORD & HARRISON, LLP, 100 S.E. 2nd Street, Suite 2150, Miami, Florida 33131.

                                                FANN & PETRUCCELLI, P.A.
*Attorneys for Yuk Chun Wai*
5100 North Federal Highway, Suite 300B
Fort Lauderdale, FL 33308
Telephone: (954) 771-4118
Facsimile: (954) 771-4119

By: _____
MICHAEL A. PETRUCCELLI
Florida Bar No. 717312
STEVEN A. OSHER
Florida Bar No. 597521