IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-CV-60648-Lenard

LYNN YUK CHUN WAI,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,
and FEDEX CUSTOMER INFORMATION
SERVICES, INC.,

    Defendants.

---

## VERDICT FORM

---

**THE JURY MUST AGREE ON THE ANSWERS TO ALL OF THE FOLLOWING QUESTIONS AS INDICATED:**

### PART I -- FMLA

1. Has Ms. Wai proved to you by a preponderance of the evidence that she was entitled to leave under the Family Medical Leave Act?

   Yes  __X__     No  _____

2. Has Ms. Wai proved to you by a preponderance of the evidence that she gave proper "notice" of the need to be absent from work as defined in the Court's instructions?

   Yes  __X__     No  _____

If you answered yes to both 1 & 2, go to Question No. 3. If not, sign the verdict form.

15

## PART II – RETALIATION

3. Has Ms. Wai proven that her employment was terminated because of a request for FMLA leave?

   Yes _____   No \_\_\_X\_\_\_\_\_

4. Has Ms. Wai proven that her employment was terminated because she took FMLA leave?

   Yes \_\_\_X\_\_\_\_\_   No _____

If you answered yes to either 3 or 4, go to Question No. 5. If not, sign the verdict form.

5. What is the amount of compensation and benefits Ms. Wai lost as a result of her termination by FedEx.

   $ 225,000.00

The Foreperson should sign and date the Verdict Form.

So Say We All,

_____   12-4-09
FOREPERSON                            DATE

_____
FOREPERSON (Print Name)

16