UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08- CV-60648
JUDGE LENARD/GARBER

YUK CHUN WAI,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,
and FEDEX CUSTOMER INFORMATION
SERVICES, INC,

    Defendants.
_____/

## PLAINTIFF, YUK CHUN WAI'S NOTICE OF FILING

COMES NOW the Plaintiff, YUK CHUN WAI, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedures, and hereby files the attached Itemized List of Attorney Fees and Costs in support of Plaintiff's Motion for Fees and Costs.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, this 23rd day of December, 2009 which will send notification of such filing to Defendants' counsel: **Sarah Henry, Esq**.,Federal Express Corporation 3620 Hacks Cross Road, Building B, Third Floor, Memphis, TN 38125 and **Rene F. Ruiz, Esq**., FORD & HARRISON, LLP, 100 S.E. 2nd Street, Suite 2150, Miami, Florida 33131.

FANN & PETRUCCELLI, P.A.
*Attorneys for Yuk Chun Wai*
5100 North Federal Highway, Suite 300B
Fort Lauderdale, FL 33308
Telephone: (954) 771-4118
Facsimile:  (954) 771-4119

By: _____
MICHAEL A. PETRUCCELLI
Florida Bar No. 717312
STEVEN A. Osher
Florida Bar No. 597521